UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ED CASEY<br><br>        Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS FINANCIAL<br>SERVICES CO.<br><br>        Defendant. | CIVIL ACTION<br>NO. 04-CV-10010-MEL |

**STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT**

Plaintiff, Ed Casey, and Defendant, Massachusetts Financial Services Co. ("MFS"), hereby stipulate that the time for MFS to answer or otherwise respond to the Complaint in the above-captioned action be postponed until the date which is 30 days after the date on which the above-captioned action is consolidated by order of the Court with other pending suit(s).

| | |
|---|---|
| **ED CASEY**<br>By his attorney,<br><br>_/s/ Alan L. Kovacs_<br>Alan L. Kovacs, BBO # 278240<br>Law Offices of Alan L. Kovaks<br>2001 Beacon Street<br>Suite 106<br>Boston, MA 02135<br>(617) 964-1177 | **MASSACHUSETTS FINANCIAL<br>SERVICES CO.**<br>By its attorney,<br><br>_/s/ Christina N. Davilas_<br>Christina N. Davilas, BBO # 655477<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8000 |

Dated: January 28, 2004

LITDOCS:534670.1