**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GUSTAVO BRUCKNER,                            ) | |
|                                              ) | Civ. No. 03-cv-12483 (MEL) |
|            Plaintiff,                        ) | |
|                                              ) | |
|       v.                                     ) | |
|                                              ) | |
| MASSACHUSETTS FINANCIAL                      ) | |
| SERVICES COMPANY, et al.,                    ) | |
|                                              ) | |
|            Defendants.                       ) | |
| _____ ) | |
| BRUCE RIGGS,                                 ) | |
|                                              ) | Civ. No. 03-cv-12500 (WGY) |
|            Plaintiff,                        ) | |
|                                              ) | |
|       v.                                     ) | |
|                                              ) | |
| MASSACHUSETTS FINANCIAL                      ) | |
| SERVICES COMPANY, et al.,                    ) | |
|                                              ) | |
|            Defendants.                       ) | |
| _____ ) | |
| OLIVER S. TRONE,                             ) | |
|                                              ) | Civ. No. 03-cv-12514 (WGY) |
|            Plaintiff,                        ) | |
|                                              ) | |
|       v.                                     ) | |
|                                              ) | |
| MFS CAPITAL OPPORTUNITIES                    ) | |
| FUND, et al.,                                ) | |
|                                              ) | |
|            Defendants.                       ) | |
| _____ ) | |
| DELORES B. MANSON,                           ) | |
|                                              ) | Civ. No. 03-cv-12515 (MEL) |
|            Plaintiff,                        ) | |
|       v.                                     ) | |
|                                              ) | |
| MASSACHUSETTS FINANCIAL                      ) | |
| SERVICES COMPANY, et al.,                    ) | |
|            Defendants.                       ) | |
| _____ ) | |

| | | |
|---|---|---|
| DAVID SHAEV, | ) | |
| | ) | Civ. No. 03-cv-12520 (MEL) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| DANIELLE ADAMS, | ) | |
| | ) | Civ. No. 03-cv-12536 (WGY) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MFS CAPITAL OPPORTUNITIES FUND, et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| JACOB ELEPHANT, | ) | |
| | ) | Civ. No. 03-cv-12570 (WGY) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| ZACHARY ALAN STARR, | ) | |
| | ) | Civ. No. 03-cv-12595 (MEL) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| YAKOV BURSTEIN, IRA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MFS GLOBAL TELECOMMUNICATIONS )<br>FUND, et al., )<br>)<br>Defendants. )<br>_____) | Civ. No. 03-cv-12622 (WGY) |
| ALBERT FELDMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS FINANCIAL )<br>SERVICES COMPANY, et al., )<br>)<br>Defendants. )<br>_____) | Civ. No. 04-cv-10009 (RGS) |
| ED CASEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS FINANCIAL )<br>SERVICES COMPANY, et al., )<br>)<br>Defendants. )<br>_____) | Civ. No. 04-cv-10010 (MEL) |
| HUGH F. BOYD, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS FINANCIAL )<br>SERVICES COMPANY, et al., )<br>)<br>Defendants. )<br>_____) | Civ. No. 04-cv-10252 (WGY) |

| | |
|---|---|
| HAROLD A. BERGER,           )<br>                            )<br>            Plaintiff, )<br>                            )<br>      v.                    )<br>                            )<br>MASSACHUSETTS FINANCIAL     )<br>SERVICES COMPANY, et al.,   )<br>                            )<br>            Defendants.     )<br>_____) | Civ. No. 04-cv-10253 (WGY) |

### MOTION OF PLAINTIFFS JOHN SEWARD, HUGH F. BOYD, III, SANDRA S. BOYD AND GARY G. STERZEL TO BE APPOINTED LEAD PLAINTIFFS; TO APPROVE PROPOSED LEAD PLAINTIFFS' CHOICE OF COUNSEL; AND TO CONSOLIDATE ALL RELATED ACTIONS

Plaintiffs John Seward, Hugh F. Boyd, III, Sandra S. Boyd, and Gary G. Sterzel ("Movants"), by their undersigned attorneys, hereby move this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. §77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, P.L. 104-67, 109 Stat. 737, for an Order:

1. Consolidating the above-captioned actions, as well as any other related actions pending in this Court and any subsequently filed or transferred actions;

2. Appointing Movants as the Lead Plaintiffs in the consolidated actions; and

3. Approving Movants' choice of counsel, the law firms of Spector Roseman & Kodroff P.C. and Much Shelist Freed Denenberg Ament & Rubenstein P.C. as Co-Lead Counsel and Hagens Berman, LLP as Liaison Counsel in the consolidated actions.

In support of this motion, Movants submit an accompanying Memorandum of Law, with exhibits.

Dated: February 9 , 2004

Respectfully submitted,

*[signature]*

**HAGENS BERMAN**
Thomas M. Sobol
225 Franklin Street, 26th Floor
Boston, MA 02110
Ph: (617) 482-3700    Fax: (617) 482-3003

**SPECTOR ROSEMAN & KODROFF, P.C.**
Robert M. Roseman
Andrew D. Abramowitz
1818 Market Street, 25th Floor
Philadelphia, PA 19103
Ph: (215) 496-0300
Fax: (215) 496-6611

**MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.**
Carol V. Gilden
Louis A. Kessler
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Ph: (312) 521-2403
Fax: (312) 521-2100

**Attorneys for Movants**