# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE: (Civil)/ Criminal No. __03 CV 12483__

Title: __Bruckner v. MFS Funds__

## NOTICE

Please take notice that the above-entitled case previously assigned to Judge __Lasker__ has been transferred to Judge __Gertner__ for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __NG__. In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number **and** initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By: __Sandi Holahan__
Deputy Clerk

Date: __2/12/04__

_____  Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____  Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel, Systems Administrator

(transfer.ntc - 10/96)                                                                                               [ntccassgn.]