UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ED CASEY,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY,<br><br>　　　　　　　Defendant | No. 04-10010-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendant Massachusetts Financial Services Company.

　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　MASSACHUSETTS FINANCIAL
　　　　　　　　　　　　　　SERVICES COMPANY,

　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　/s/ Jonathan A. Shapiro
　　　　　　　　　　　　　　Jeffrey B. Rudman (BBO #433380)
　　　　　　　　　　　　　　William H. Paine (BBO #550506)
　　　　　　　　　　　　　　Jonathan A. Shapiro (BBO #567838)
　　　　　　　　　　　　　　Hale and Dorr LLP
　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　(617) 526-6000

April 6, 2004

-2-

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Alan L. Kovacs<br>Law Office of Alan L. Kovacs<br>2001 Beacon Street, Suite 106<br>Boston, MA 02135 | Stanley M. Grossman<br>H. Adam Prussin<br>Ronen Sarraf<br>Pomerantz Haudek Block Grossman & Gross LLP<br>100 Park Avenue, 26th Floor<br>New York, NY 10017 |
| Thomas M. Sobol<br>Hagens Berman<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 | Richard J. Vita<br>Law Offices of Richard J. Vita, P.C.<br>77 Franklin Street, Suite 300<br>Boston, MA 02110 |
| Nancy Freeman Gans<br>Moulton & Gans, PC<br>33 Broad Street, Suite 1100<br>Boston, MA 02109 | |

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  April 6, 2004