UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ED CASEY, <br><br>　　　　　　Plaintiff, <br><br>　　　v. <br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, <br><br>　　　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) No. 04-cv-10010-NG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Bingham McCutchen LLP as counsel for Massachusetts Financial Services Company in the above-captioned matter. Please be advised that the successor counsel identified below has entered an appearance on behalf of the defendant:

　　　　　　Jonathan A. Shapiro
　　　　　　Hale and Dorr LLP
　　　　　　60 State Street
　　　　　　Boston, MA 02109
　　　　　　(617) 526-6000

　　　　　　Respectfully submitted,

　　　　　　/s/ Christina N. Davilas
　　　　　　Christina N. Davilas, BBO # 655477
　　　　　　Bingham McCutchen LLP
　　　　　　150 Federal Street
　　　　　　Boston, MA 02110
　　　　　　(617) 951-8000

Dated: April 9, 2004

LITDOCS:545767.1